HLD-010                                                                                         **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1877
_____

IN RE: ANGEL RODRIGUEZ,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to D.V.I. Crim. No. 1:04-cr-00105-003)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 25, 2023
Before: CHAGARES, Chief Judge, HARDIMAN, and PHIPPS, Circuit Judges

(Opinion filed )
_____

OPINION*
_____

**PER CURIAM**

Angel Rodriguez filed a petition for writ of mandamus requesting that we direct

the District Court to rule on his motion under 28 U.S.C. § 2255. The District Court has

since ruled on Rodriguez's motion. In light of the District Court's action, the question

Rodriguez presented is no longer a live controversy, so we will dismiss his mandamus

petition as moot. See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992); see

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

also <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." (citation omitted)).